1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STONINGTON INSURANCE COMPANY,

11            Plaintiff,                      No. CIV S-10-1372 KJM EFB

12       vs.

13   DANA COMPANIES, LLC,

14            Defendant.                      ORDER
                                    /
15

16       On March 17, 2011, defendant Dana Companies, LLC ("Dana") filed an ex parte

17   application for an order shortening time to hear Dana's motion to compel plaintiff Stonington

18   Insurance Company's ("Stonington") person most knowledgeable to appear for deposition in

19   Sacramento, California; to compel the production of documents by Stonington's insured,

20   Rinehart Oil, Inc., and its employee; and for sanctions.  Dckt. No. 22 at 2.  Dana contends that

21   good cause supports the application "because additional discovery still needs to be completed to

22   adequately and effectively defend the claims asserted against Dana," and "given that the

23   discovery cut off in this matter is April 1, 2011, there is not enough time to bring a fully noticed

24   motion."  *Id.*  Dana therefore requests that the court schedule the motion to compel for hearing

25   on March 23, 2011 at 10:00 a.m., or as soon thereafter, and prior to March 25, 2011.  *Id*.

26   ///

1

1    Dana argues that "[d]espite Dana's attempt to quickly and efficiently resolve the

2   discovery disputes between the parties, Stonington's counsel has continually played games,

3   insisting on scheduling and rescheduling depositions." *Id.* Dana further contends that "despite

4   Stonington's request that additional time be provided to allow Stonington and its insured,

5   Rinehart Oil, Inc., to further consider whether it would produce the requested documents,

6   Stonington has been unresponsive and elusive." *Id.* Dana adds that Stonington "failed to sign a

7   stipulation to extend the April 1, 2011 discovery cut-off which counsel had suggested and agreed

8   to in concept," and that "[i]t has become obvious that Stonington's counsel's misstatements of

9   communications with counsel, including emails, and what appears to be an intentional delay to

10   produce documents and to conduct depositions, is for the sole purpose of preventing Dana from

11   obtaining the discovery it needs to adequately defend this action." *Id.*

12    Eastern District of California Local Rule 144(e) provides that "[a]pplications to shorten

13   time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an

14   order shortening time [and] will not be granted except upon affidavit of counsel showing a

15   satisfactory explanation for the need for the issuance of such an order and for the failure of

16   counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in

17   the action." Even assuming the allegations by Dana, its delay in presenting the issues in an

18   appropriate and timely motion and completing the discovery (as defined in the pretrial

19   scheduling order) in this action given the April 1, 2011 discovery deadline raise serious

20   concerns. In light of that delay the court is reluctant to grant Dana's application to have its

21   motion to compel that discovery heard on shortened time.[1] Nonetheless, in light of Dana's

22   representations in the application and in the supporting declarations regarding Stonington's

23   alleged gamesmanship, and in light of the quickly approaching April 1, 2011 discovery

24

25    [1] Specifically, even though the discovery completion deadline in this action is April 1,
    2011, Dana first served the notices of depositions and discovery subpoenas that are at issue
26   herein on February 28, 2011 and on March 4, 2011.

2

1  completion deadline, the application will be reluctantly granted.

2       Accordingly, IT IS ORDERED that:

3       1. Dana's application for an order shortening time, Dckt. No. 22, is granted.

4       2. Dana's motion to compel is *tentatively* set for hearing on Friday, March 25, 2011, at

5  10:00 a.m. in Courtroom No. 24.

6       3. The parties are directed to meet and confer *in good faith* in an attempt to resolve

7  and/or narrow the disputes between them.  If the parties are unable to resolve their disputes,

8  Dana shall file a joint statement regarding the discovery disagreement no later than 12:00 p.m.

9  (noon) on Wednesday, March 23, 2011.[2]  Each party's portion of the joint statement shall be no

10 longer than 15 pages, for a total of 30 pages.[3]

11      4. If, upon review of the joint statement, it appears that the parties have not adequately

12 met and conferred, the March 25, 2011 hearing may be continued or vacated and/or sanctions

13 may be imposed.  *See* Local Rule 251(d).

14      SO ORDERED.

15 DATED:  March 18, 2011.

16                     EDMUND F. BRENNAN
                       UNITED STATES MAGISTRATE JUDGE

---

[2] Dana shall provide its portion of the joint statement to Stonington no later than 9:00 a.m. on Monday, March 21, 2011, and Stonington shall provide its portion of the joint statement to Dana no later than 9:00 a.m. on Wednesday, March 23, 2011.

[3] In addition to filing the Joint Statement electronically in .pdf format, Dana shall also submit the Joint Statement by email in Word or Word Perfect format to efborders@caed.uscourts.gov by March 22, 2011 at 9:00 a.m.  The email subject line must contain the words "Joint Statement," as well as the case number.