1  KEVIN T. COLLINS – SBN 185427
   collinskt@gtlaw.com
2  M. THERESA TOLENTINO MEEHAN – SBN 204112
   meehant@gtlaw.com
3  ANGELA L. DIESCH – SBN 256253
   diescha@gtlaw.com
4  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
5  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
6  Facsimile:  (916) 448-1709

7  Attorneys for Defendant
   Dana Companies, LLC
8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13  STONINGTON INSURANCE COMPANY,          CASE NO.  2:10-CV-01372 KJM-EFB

14         Plaintiff,                      STIPULATION AND ORDER
                                           AMENDING PRETRIAL SCHEDULING
15  v.                                     ORDER TO EXTEND THE NON-EXPERT
                                           DISCOVERY CUT-OFF FOR THE
16                                         LIMITED PURPOSE OF COMPLETING
    DANA COMPANIES LLC; and                NOTICED DEPOSITIONS AND FOR THE
17  DOES 1 through 50, inclusive,          PRODUCTION OF DOCUMENTS
                                           RESPONSIVE TO SUBPOENAS.
18         Defendants.

19

20

21

22

23

24

25

26

27

28

                                    1              Case No. 2:10-cv-01372 KJM-EFB

1   <u>STIPULATION AND [PROPOSED] ORDER</u>

2

3       WHEREAS on March 24, 2009, Plaintiff Stonington Insurance Company ("Plaintiff")

4   filed a subrogation action in the Superior Court of California, County of Colusa, under case

5   number CV23748, entitled *Stonington Insurance Company v. Dana Companies LLC*, for

6   damages resulting from an accident involving a tanker truck owned by it insured, Rinehart Oil,

7   Inc.   Under 28 U.S.C. § 1446(b), based on diversity jurisdiction pursuant to 28 U.S.C.

8   §§ 1332(a)(1), 1441(b), and 1446, Defendant removed the action to this Court.

9       WHEREAS the discovery cut off in the above entitled matter is currently scheduled for

10  April 1, 2011.

11      WHEREAS the parties engaged in informal discovery and negotiation in hopes of

12  reaching settlement in this action prior to attending mediation on December 9, 2010.

13  Unfortunately, the parties were not able to resolve the action at the December mediation.

14      WHEREAS on February 28, 2011, Defendant served a deposition subpoena for the

15  production of documents on Plaintiff's insured, Rinehart Oil, Inc., with a production date of

16  March 11, 2011.

17      WHEREAS on February 28, 2011, Defendant served deposition subpoenas with

18  document requests on Plaintiff's insured Rinehart Oil's Person Most Knowledgeable ("PMK"),

19  as well as two of the insured's employees, Dennis Moody and Jack Thomas to take place on

20  March 14 and 15, 2011, respectively.

21      WHEREAS Defendant believes the documents responsive to the deposition subpoena

22  served on Rinehart Oil and its employees, which were not previously produced with Plaintiff's

23  initial disclosures, are necessary for the effective and thorough deposition of Rinehart Oil's

24  PMK and its two employees, Mr. Thomas and Mr. Moody, and are relevant to Defendant's

25  defense of this action.

26      WHEREAS counsel for Plaintiff appearing for its insured, Rinehart Oil, objected to the

27  production of documents counsel for Plaintiff alleges are privileged or otherwise protected

28  documents or documents that would violate the right of privacy of any third parties.  Plaintiff

1  also asserts that many of the requests are onerous, overburdensome and oppressive that the cost

2  involved would be extraordinarily taxing on Rinehart Oil.  According to Plaintiff, Rinehart Oil

3  has already produced all documents within its possession, custody, and control responsive to

4  the balance of the requests, and/or the requested documents, although may have existed at some

5  point, had been destroyed pursuant to regulations.

6  　　　WHEREAS on or about March 4, 2011, Defendant served a separate notice of

7  deposition of Plaintiff Stonington Insurance Company's PMK to take place on March 23, 2011

8  in Sacramento, California.

9  　　　WHEREAS Plaintiff objects to producing its PMK in California for the March 23,

10  2011, deposition as no witness was available on that date and time, and asserts that the

11  deposition should take place in Arkansas at its primary place of business given the number of

12  potential PMK witnesses to be produced.

13  　　　WHEREAS, at the request of Plaintiff's counsel appearing for Rinehart Oil, on March

14  14, 2011 Defendant re-noticed the depositions of Mr. Moody, Mr. Thomas, and Rinehart Oil's

15  PMK for March 21, 22, and 23, 2011.

16  　　　WHEREAS on March 15, 2011, Defendant served deposition subpoenas and noticed

17  the depositions of the insured's other employees, whom were drivers of the Subject Vehicle

18  that was involved in the accident that is the subject of this subrogation action, J.R. McCutchin,

19  Fred Martinez, Bruce Johnson, Joe Marin, Johnny Marin, Pat Withrow, Ray Vanderpool, and

20  Tom Applebee ("other drivers").  The subpoenas are for March  29, 2011 through March 31,

21  2011.

22  　　　WHEREAS the parties are currently attempting to resolve through the meet and confer

23  process the above referenced discovery disputes regarding the production of documents from

24  Plaintiff's insured Rinehart and its employees, as well as, the production of Plaintiff's PMK for

25  deposition in Sacramento, CA, where this case is pending.

26  　　　WHEREAS good cause exists for, and none of the parties to this matter shall be

27  prejudiced by, an extension of the last day to complete the above described depositions and

28  document production to May 6, 2011.

STIPULATION AND ORDER AMENDING PRE-TRIAL SCHEDULING ORDER
SAC 441,940,503 v3 127352.010100

1    WHEREAS, the parties agree to reset the depositions Mr. Moody, Mr. Thomas,

2  Rinehart Oil's PMK, Stonington's PMK, and up to six of the other drivers of the Subject Truck

3  for a date after the parties have reached a resolution on the document production disputes but

4  prior to the proposed May 6, 2011 cut-off.

5    WHEREAS the Parties stipulate and agree to extend the date to complete depositions of

6  only the above described noticed depositions to May 6, 2011, and also stipulate and agree that

7  no new non-expert discovery may be commenced as a result of this stipulation and agreement

8  only to extend the date to complete these depositions.

9    WHEREAS the Parties also believe the extensions contained in this Stipulation and

10  Proposed Order will not affect or require modification of the trial date or any other dates in the

11  Court's Pretrial Scheduling Order.

12    THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD,

13  HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend

14  its Pretrial Scheduling Order to extend the last day to complete the non-expert discovery to

15  May 6, 2011, for the limited purpose of completing the depositions listed above, which were

16  noticed and subpoenaed prior to the original discovery cut-off,  as well as to provide additional

17  time to resolve the discovery dispute regarding the production of documents from Plaintiff's

18  insured Rinehart and its employees in response to the subpoenas served by Defendant.

19  Dated:  March 21, 2011                              CHOLAKIAN & ASSOCIATES

20

21                                                     By: /s/ Jennifer Kung
                                                          Jennifer Kung
22                                                        Kevin Cholakian
                                                          Attorneys for Plaintiff
23                                                        Stonington Insurance Company

24  Dated:  March 21, 2011                              GREENBERG TRAURIG, LLP

25

26                                                     By: /s/ Angela L. Diesch
                                                          Kevin T. Collins
27                                                        M. Theresa Tolentino Meehan
                                                          Angela L. Diesch
28                                                        Attorneys for Defendant
                                                          Dana Companies, LLC

STIPULATION AND ORDER AMENDING PRE-TRIAL SCHEDULING ORDER
SAC 441,940,503 v3 127352.010100

1                                           ORDER

2    IT IS SO ORDERED.

3    Dated:   March 22, 2011.

4                                        _____

5                                        UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER AMENDING PRE-TRIAL SCHEDULING ORDER
*SAC 441,940,503 v3 127352.010100*