KEVIN K. CHOLAKIAN (S.B. #103423)
JENNIFER A. KUNG (S.B. #169364)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Suite 415
South San Francisco, CA 94080
Phone (650) 871-9544
Fax (650) 871-9552
www.cholakianlaw.com

Attorneys for Plaintiff
STONINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONINGTON INSURANCE COMPANY, | Case No.: 2:10-CV-01372-FCD-EFB |
| Plaintiff, | **STIPULATION AND ORDER AUTHORIZING TELEPHONE APPEARANCE AT MOTION TO COMPEL** |
| vs. | |
| | Hearing date: April 6, 2011 |
| DANA COMPANIES LLC, and DOES 1 through 50, inclusive, | Time: 10:00 am<br>Courtroom: 24-8th Floor<br>Judge: Hon. Edmund F. Brennan |
| Defendants. | Discovery cut off: April 1, 2011<br>Pre-trial Conference date: July 15, 2010<br>Trial date: January 10, 2012 |

WHEREAS, the parties have been engaged in extensive meet and confer efforts to resolve the discovery disputes;

WHEREAS through the meet and confer process, on the evening of March 31, 2011, the parties agreed to continue the hearing on Defendant's motion to compel to April 14, 2011 from April 6, 2011;

WHEREAS Plaintiff's counsel has already requested of the Court the opportunity to

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA

STIPULATION AND ORDER AUTHORIZING TELEPHONE APPEARANCE AT MOTION TO COMPEL

1   appear by telephone as related to the original date of this hearing (April 1, 2011);

2          WHEREAS as a result of the agreement reached by the parties on the evening of March

3   31, 2011, counsel for Plaintiff made herself available for another appearance on April 6, 2011;

4          WHEREAS all attorneys in Plaintiff's attorney's office are otherwise engaged in other

5   unrelated appearances on April 6, 2011;

6

7          WHEREAS during further meet and confer efforts held on the afternoon of April 1, 2011,

8   Defendant deems it necessary to have the hearing on its motion to compel Stonington's

9   deposition heard on April 6, 2011 (and the balance of the motion heard on April 14, 2011);

10          WHEREAS Plaintiff's counsel is now otherwise engaged in another appearance and there

11  are no other attorneys in her office available to cover Defendant's motion to compel

12  Stonington's deposition on April 6, 2011;

13          WHEREAS Plaintiff's counsel can break from her new appearance on April 6, 2011

14  (which is held in Novato, California) to make a telephonic appearance at Defendant's motion to

15  compel Stonington's deposition;

16          WHEREAS Defendant's counsel agrees and so stipulates to permit the appearance of

17  Plaintiff's counsel at the motion to compel Stonington's deposition on April 6, 2011 by

18  telephone given the fact that extensive meet and confer efforts have narrowed the issues down

19  considerably such that a telephone appearance would not prejudice any party;

20          NOW THEREFORE, the parties hereby stipulate as follows:

21          1.      Plaintiff's counsel may appear at the April 6, 2011 motion to compel Stonington's

22  deposition by telephone.

23          SO STIPULATED.

**STIPULATION AND ORDER AUTHORIZING TELEPHONE APPEARANCE AT MOTION TO COMPEL**

LAW OFFICES OF
**CHOLAKIAN & ASSOCIATES**
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA

DATED:  April 5, 2011       CHOLAKIAN & ASSOCIATES
A Professional Corporation


By_____
         signature on original
Kevin K. Cholakian, Esq.
Jennifer A. Kung, Esq.
Attorneys for Plaintiff STONINGTON
INSURANCE COMPANY

DATED:  April 5, 2011       GREENBERK TRAURIG, LLP


By_____
         signature on original
Kevin T. Collins, Esq.
Angela L. Diesch, Esq.
Attorneys for Defendant DANA
COMPANIES LLC

## ORDER

GOOD CAUSE APPEARING, authority is hereby granted to permit Plaintiff's counsel to appear at Defendant's motion to compel Stonington's deposition on April 6, 2011, at 10:00 am by telephone.  Plaintiff's counsel is directed to contact the undersigned's courtroom deputy at (916) 930-4172 to arrange the telephonic appearance.

IT IS SO ORDERED.

Dated:  April 5, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER AUTHORIZING TELEPHONE APPEARANCE AT MOTION TO COMPEL

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA