M. THERESA TOLENTINO MEEHAN – SBN 204112
meehant@gtlaw.com
ANGELA L. DIESCH – SBN 256253
diescha@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Defendant
Dana Companies, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| STONINGTON INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>DANA COMPANIES LLC; and<br>DOES 1 through 50, inclusive,<br><br>   Defendants. | CASE NO.  2:10-CV-01372 KJM-EFB<br><br>STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER TO EXTEND THE EXPERT DISCOVERY CUT-OFF |

STIPULATION AND ORDER

WHEREAS on March 24, 2009, Plaintiff Stonington Insurance Company ("Plaintiff") filed a subrogation action in the Superior Court of California, County of Colusa, under case number CV23748, entitled *Stonington Insurance Company v. Dana Companies LLC*, for damages resulting from an accident involving a tanker truck owned by it insured, Rinehart Oil, Inc.  Under 28 U.S.C. § 1446(b), based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(b), and 1446, Defendant removed the action to this Court.

WHEREAS in February 2011, Defendant served various deposition subpoenas for the production of documents on Plaintiff's insured, Rinehart Oil, Inc., and its employees, Dennis Moody and Jack Thomas, and other drivers of the Subject Truck, J.R. McCutchin, Fred Martinez, Bruce Johnson, Joe Marin, Johnny Marin, Pat Withrow, Ray Vanderpool, and Tom Applebee ("Other Drivers");

WHEREAS on March 23, 2011, the Court extended the last day to complete non-expert witness discovery for the limited purpose of completed the depositions of Plaintiff's person most knowledgeable ("PMK"), Plaintiff's insured, Rinehart Oil, Inc. and its employees, and to resolve the discovery dispute that had arisen regarding the production of documents responsive to the deposition subpoenas served on Rinehart and its employees to May 6, 2011 (ECF No. 31);

WHEREAS on April 4, 2011, (ECF No. 40) the Court ordered the Motion to Compel regarding the discovery dispute regarding the document requests to be continued to April 20, 2011, at 10:00 a.m.;

WHEREAS Defendant believes the documents responsive to the deposition subpoenas served on Rinehart Oil and its employees, which were not previously produced with Plaintiff's initial disclosures, are necessary for the effective and thorough deposition of Rinehart Oil's PMK and its employees, and are relevant to Defendant's defense of this action;

WHEREAS the above described depositions have been tentatively rescheduled, to accommodate the revised hearing date, for the following: Mr. Moody and Rinehart Oil's PMK

for April 25, 2011; Stonington 's PMK for April 26; Mr. Thomas for May 4, and the Other Drivers for May 5-6.

WHEREAS the Parties believe the deposition testimony of the witnesses may have an affect on the expert witness opinions;

WHEREAS the Parties have renewed settlement discussions and wish to minimize the fees and costs associated with expert discovery;

WHEREAS good cause exists for, and none of the parties to this matter shall be prejudiced by, an extension of the last day to make expert disclosures, rebuttal disclosures, and to complete expert discovery;

WHEREAS the Parties also believe the extensions contained in this Stipulation and Proposed Order will not affect or require modification of the trial date scheduled for January 9, 2012, or any other dates in the Court's Pretrial Scheduling Order, including the Final Pre-Trial Conference set for October 26, 2011.

///

///

///

THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend its Pretrial Scheduling Order as follows:

- Extend the last day to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial to May 13, 2011;
- Extend the last day to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party to June 3, 2011; and
- Extend the last day to complete the expert discovery to July 8, 2011.

Dated:  April 13, 2011                                    CHOLAKIAN & ASSOCIATES

By: /s/ Jennifer A. Kung
Jennifer Kung
Kevin Cholakian
Attorneys for Plaintiff
Stonington Insurance Company

Dated:  April 13, 2011                                    GREENBERG TRAURIG, LLP

By: /s/ Angela L. Diesch
M. Theresa Tolentino Meehan
Angela L. Diesch
Attorneys for Defendant
Dana Companies, LLC

ORDER

IT IS SO ORDERED.

Dated:  April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE