KEVIN K. CHOLAKIAN (S.B. #103423)
JENNIFER A. KUNG (S.B. #169364)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Suite 415
South San Francisco, CA 94080
Phone (650) 871-9544
Fax (650) 871-9552
www.cholakianlaw.com

Attorneys for Plaintiff
STONINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DANA COMPANIES LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:10-CV-01372-FCD-EFB<br><br>STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER TO EXTEND THE NON-EXPERT DISCOVERY CUT-OFF FOR THE LIMITED PURPOSE OF COMPLETING NOTICED DEPOSITIONS AND TO EXTEND THE EXPERT DISCOVERY CUT-OFF |

251 036                                                  - 1 -
STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER TO EXTEND THE NON-EXPERT DISCOVERY CUT-OFF FOR THE LIMITED PURPOSE OF COMPLETING NOTICED DEPOSITIONS AND TO EXTEND THE EXPERT DISCOVERY CUT-OFF

*SAC 441,969,172v1 4-26-11*

## I.   STIPULATION AND [PROPOSED] ORDER

WHEREAS on March 24, 2009, Plaintiff Stonington Insurance Company ("Plaintiff") filed a subrogation action in the Superior Court of California, County of Colusa, under case number CV23748, entitled *Stonington Insurance Company v. Dana Companies LLC*, for damages resulting from an accident involving a tanker truck owned by it insured, Rinehart Oil, Inc.  Under 28 U.S.C. § 1446(b), based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(b), and 1446, Defendant removed the action to this Court.

WHEREAS the original discovery cut off in the above entitled matter was scheduled for April 1, 2011.

WHEREAS the Parties engaged in informal discovery and negotiation in hopes of reaching settlement in this action prior to attending mediation on December 9, 2010. Unfortunately, the parties were not able to resolve the action at the December mediation.

WHEREAS in February 2011, Defendant served various deposition subpoenas for the production of documents on Plaintiff's insured, Rinehart Oil, Inc.'s Person Most Knowledgeable ("PMK"), and Rinehart's employees, Dennis Moody and Jack Thomas, and other drivers of the Subject Truck, J.R. McCutchin, Fred Martinez, Bruce Johnson, Joe Marin, Johnny Marin, Pat Withrow, Ray Vanderpool, and Tom Applebee ("Other Drivers);

WHEREAS on or about March 4, 2011, Defendant served a separate notice of deposition of Plaintiff Stonington Insurance Company's PMK to take place on March 23, 2011 in Sacramento, California;

WHEREAS on March 23, 2011, the Court extended the last day to complete non-expert witness discovery for the limited purpose of completing the depositions of Plaintiff's person most knowledgeable, Plaintiff's insured, Rinehart Oil, Inc, and its employees to May 6, 2011;

WHEREAS the Parties then scheduled said depositions to take place before May 6, 2011;

WHEREAS on April 19, 2011, the Court extended the last day to complete expert discovery including extending the time to disclose, the time to supplement, and the time to complete expert discovery (ECF No. 52);

1   WHEREAS the Parties have renewed their settlement discussions and are currently
2   attempting to resolve this case through mediation with Judge Alfred Chiantelli (ret.) on May 12,
3   2011;

4   WHEREAS the Parties prefer to refrain from incurring the additional fees and costs
5   associated with taking the noticed depositions described above until after participating in the
6   mediation with Judge Alfred Chiantelli (ret.);

7   WHEREAS the Parties stipulate and agree to extend the date to complete depositions of
8   only the above described noticed depositions to June 3, 2011, and also, believing the deposition
9   testimony of the witnesses may have an affect on the expert witness opinions, stipulate and agree
10  that no new non-expert discovery may be commenced as a result of this stipulation and agree
11  only to extend the date to complete these depositions;

12  WHEREAS good cause exists for, and none of the parties to this matter shall be
13  prejudiced by, an extension of the last day to complete the above described depositions;

14  WHEREAS good cause exists for, and none of the parties to this matter shall be
15  prejudiced by, an extension of the last day to make expert disclosures, rebuttal disclosures, and
16  to complete expert discovery;

17  WHEREAS the Parties also believe the extensions contained in this Stipulation and
18  Proposed Order will not affect or require modification of the trial date or any other dates in the
19  Court's Pretrial Scheduling Order.

20  THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD,
21  HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend its
22  Pretrial Scheduling Order as follows:

23  - Extend the last day to complete the non-expert discovery to June 3, 2011, for the limited
24    purpose of completing the depositions listed above, which were noticed and subpoenaed
25    prior to the original discovery cut-off;

26  - Extend the last day to designate in writing, file with the court, and serve upon all other
27    parties the name, address, and area of expertise of each expert that they propose to tender
28    at trial to June 17, 2011;

- Extend the last day to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party to July 8, 2011; and

- Extend the last day to complete the expert discovery to August 12, 2011.

DATED: April 26, 2011                    CHOLAKIAN & ASSOCIATES
                                         A Professional Corporation


By   /s/ Jennifer A. Kung
     Kevin K. Cholakian, Esq.
     Jennifer A. Kung, Esq.
     Attorneys for Plaintiff
     STONINGTON INSURANCE
     COMPANY


Dated: April 26, 2011                    GREENBERG TRAURIG, LLP


By:  /s/ Angela L. Diesch
     M. Theresa Tolentino Meehan
     Angela L. Diesch
     Attorneys for Defendant
     Dana Companies, LLC

ORDER

IT IS SO ORDERED. All other dates previously set remain in effect.

DATED:   April 28, 2011.

_____
UNITED STATES DISTRICT JUDGE