IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STONINGTON INSURANCE COMPANY,

     Plaintiff,                           Civ. No. S 10-1372 KJM EFB

    vs.

DANA COMPANIES LLC., et al.,

     Defendants.

_____/

        The court accepts the parties' stipulation and dismisses this case with prejudice under the authority of Federal Rule of Civil Procedure 41(a)(2).

        IT IS SO ORDERED.

DATED: July 26, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

ston1372.41(a)

1